**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**HAROLD RADFORD PORTER**
______________________________/

**SEALED INDICTMENT**

3:26cr58-TKW

**THE GRAND JURY CHARGES:**

**COUNT ONE**

Between on or about November 7, 2023, and on or about November 15, 2023, in the Northern District of Florida and elsewhere, the defendant,

**HAROLD RADFORD PORTER,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert to his own use and gain, money of the United States, of a value of more than $1,000, to wit, money of the Internal Revenue Service, an agency of the United States, in the approximate amount of $433,530.94, knowing such money to have been embezzled, stolen, and converted.

In violation of Title 18, United States Code, Section 641.

**COUNTS TWO THROUGH NINE**

On or about the dates listed below, in the Northern District of Florida and elsewhere, the defendant,

Returned in open court pursuant to Rule 6(f)

4/21/2026
Date

[signature]
United States Magistrate Judge

FILED USDC FLND PN
APR 21 '26 PM2:51

**HAROLD RADFORD PORTER,**

did knowingly engage and attempt to engage in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, to wit, the following transactions from a Pen Air Credit Union bank account ending in 9695, such property having been derived from a specified unlawful activity, to wit, theft of government money, in violation of Title 18, United States Code, Section 641, as charged in Count One of this Indictment:

| COUNT | DATE | TRANSACTION | AMOUNT |
|---|---|---|---|
| TWO | November 9, 2023 | Interbank transfer to Pen Air Credit Union bank account ending in 0615 | $109,890.00 |
| THREE | November 9, 2023 | Wire transfer to Godspeed Motors Inc. for purchase of a Rolls Royce | $134,709.57 |
| FOUR | November 9, 2023 | Point-of-sale withdrawal at The Cosmopolitan | $41,604.95 |
| FIVE | November 11, 2023 | Debit card withdrawal at Venetian Palazzo | $20,800.00 |
| SIX | November 11, 2023 | Debit card withdrawal at Caesars Palace | $37,800.00 |
| SEVEN | November 11, 2023 | Debit card withdrawal at Planet Hollywood Resort | $15,750.00 |
| EIGHT | November 11, 2023 | Debit card withdrawal at Planet Hollywood Resort | $21,000.00 |
| NINE | November 11, 2023 | Debit card withdrawal at Circa Resort | $30,900.00 |

In violation of Title 18, United States Code, Section 1957.

## CRIMINAL FORFEITURE

The allegations in Counts One through Nine of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. From the defendant's engagement in the violations alleged in Counts One through Nine of this Indictment, the defendant,

**HAROLD RADFORD PORTER,**

shall forfeit to the United States of America:

(A) pursuant to Title 18, United States Code, Section 982(a)(1)(C), and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 641, any and all of the defendants' right, title, and interest in any property, real and personal, constituting and derived from proceeds traceable to such offenses; and

(B) pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of an offense in violation of Title 18, United States Code, Section 1957, any and all of the defendants' right, title, and interest in any property, real and personal, involved in such offenses, and any property traceable to such property.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of any defendant:

i. cannot be located upon the exercise of due diligence;

ii. has been transferred or sold to, or deposited with, a third person;

iii. has been placed beyond the jurisdiction of this Court;

iv. has been substantially diminished in value; or

v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

A TRUE BILL:

[redacted]

FOREPERSON

4/21/2026

DATE

JOHN P. HEEKIN
United States Attorney

ALICIA H. FORBES
Assistant United States Attorney