**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CASE NO.:** 3:26cr58-TKW

**HAROLD RADFORD PORTER**

______________________________/

## ORDER FOR WARRANT

On verbal request of the United States Attorney, Northern District of Florida, pursuant to an Indictment returned against the Defendant,

**HAROLD RADFORD PORTER,**

IT IS HEREBY ORDERED:

1. Warrant of arrest shall immediately issue upon such Indictment against the Defendant.
2. Bail shall be determined by the Judicial Officer at the time of arrest in accordance with the Bail Reform Act, and notation to such effect shall be placed upon the warrant.

DONE and ORDERED this 21 day of April 2026, at Pensacola, Florida.

UNITED STATES MAGISTRATE JUDGE

RCV'D USDC FLND PN
APR 21 '26 PM2:52