**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**UNITED STATES OF AMERICA** **UNDER SEAL**

**v.** **CASE NO.:** 3:26cr58-TKW

**HAROLD RADFORD PORTER**
_________________________________/

## MOTION REQUESTING AN ORDER SEALING THE INDICTMENT

The United States of America requests this Court to issue an Order sealing the Indictment returned by the Grand Jury in this case, and in support of this Motion states as follows:

1. The Defendant has not been arrested as a result of the activities alleged in the Indictment. The current whereabouts of the Defendant are unknown, and the public revelation of the Indictment could severely hamper law enforcement's ability to locate and apprehend the Defendant to answer the charges.

2. The United States further moves the Court that the Indictment in this case shall remain **sealed** until further written Order of this Court, except that the Clerk's Office shall provide two certified copies of the Indictment to the United States Attorney for the Northern District of Florida, two certified copies to the United States Marshal for the Northern District of Florida, and one certified copy to the United States Probation Office for the Northern District of Florida.



FILED USDC FLND PN
APR 21 '26 PM2:52

WHEREFORE, in order to arrest the Defendant before the Indictment is made available to the public, it is respectfully requested that the Court order the sealing of the Indictment returned in this case.

Respectfully submitted,

JOHN P. HEEKIN
United States Attorney

/s/ Alicia H. Forbes

ALICIA H. FORBES
Assistant United States Attorney
Northern District of Florida
Colorado Bar No. 41261
21 East Garden Street, Suite 300
Pensacola, Florida 32502-5675
Phone: (850) 444-4000
Email: alicia.forbes@usdoj.gov

**ORDER**

The Government's Motion is granted.

DONE AND ORDERED this 21st day of April, 2026.

UNITED STATES MAGISTRATE JUDGE



RCV'D USDC FLND PN
APR 21 '26 PM2:52